No. 81–517. SWITLIK ET AL. *v.* HARDWICKE CO., INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.